UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERI LABLANCHE, | § § § | |
| Plaintiff, | § | |
| VS. | § § | MISC. ACTION NO. 4:12-MC-485 |
| NATIONAL BOARD OF MEDICAL EXAMINERS (NBME), *et al*, | § § § § | |
| Defendants. | § | |

## **ORDER**

The application to proceed *in forma pauperis* is hereby Denied.

It is so Ordered.

SIGNED at Houston, Texas this 3rd day of August, 2012.

_____
Kenneth M. Hoyt
United States District Judge