UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

To: Plaintiff–Applicant

From: David J. Bradley, Clerk

Date: August 3, 2012

Re: Miscellaneous Case 4:12–mc–00485

The Court has denied your application to proceed as a pauper.

If you want to continue your complaint, you must pay the clerk the filing fee of $350.

The court will do nothing with your case until the fee has been paid.