# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Cheri LaBlanche | § |
| | § |
| v. | § CASE NUMBER:  4:12mc485 |
| | § District Judge:  Kenneth M Hoyt |
| | § Court Reporter(s): |
| National Board of Medical Examiners | § |

## NOTICE OF THE FILING OF AN APPEAL

In connection with this appeal, instrument # 4, filed by Cheri LaBlanche, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.

In regard to this appeal:

- A motion to proceed in forma pauperis is pending.

- This case was decided without a hearing – no transcripts.

David Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Cheri LaBlanche | § |
| | § |
| v. | § CASE NUMBER:  4:12mc485 |
| | § District Judge:  Kenneth M Hoyt |
| | § Court Reporter(s): |
| National Board of Medical Examiners | § |

## NOTICE OF THE FILING OF AN APPEAL

In connection with this appeal, instrument # 4, filed by Cheri LaBlanche, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.

In regard to this appeal:

- A motion to proceed in forma pauperis is pending.

- This case was decided without a hearing – no transcripts.

David Bradley, Clerk