APPEAL, CLOSED

## U.S. District Court
### SOUTHERN DISTRICT OF TEXAS (Houston)
### CIVIL DOCKET FOR CASE #: 4:12-mc-00485
### Internal Use Only

LaBlanche v. National Board of Medical Examiners (NBME) et al  
Assigned to: Judge Kenneth M. Hoyt

Date Filed: 07/31/2012  
Date Terminated: 08/03/2012

**Plaintiff**

**Cheri LaBlanche**  represented by  **Cheri LaBlanche**  
12806 SouthSpring Dr  
Houston, TX 77047  
713-733-9777  
PRO SE

V.

**Defendant**

**National Board of Medical Examiners (NBME)**

**Defendant**

**Federation of State Medical Boards (FSMB)**

**Defendant**

**Educational Commission for Foreign Medical Graduates (ECFMG)**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2012 | 1 | APPLICATION to Proceed In Forma Pauperis filed by Cheri LaBlanche. (Attachments: # 1 Proposed Order, # 2 Complaint, # 3 Civil Cover Sheet) (ckrus, ) (Entered: 08/01/2012) |
| 08/03/2012 | 2 | ORDER Denying Application to Proceed IFP.(Signed by Judge Kenneth M. Hoyt) Parties notified.(dpalacios, ) (Entered: 08/03/2012) |
| 08/03/2012 | 3 | Letter Denying Application to Proceed IFP. Party notified, filed. (dpalacios, ) (Entered: 08/03/2012) |
| 08/16/2012 | 4 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 2 Order Denying Application to Proceed IFP by Cheri LaBlanche (Filing fee $ 455), filed.(rvazquez) (Entered: 08/21/2012) |

| 08/16/2012 | [5](#) | MOTION for Findings of Fact and Conclusions of Law and for Leave to Appeal in forma pauperis by Cheri LaBlanche, filed. Motion Docket Date 9/6/2012. Duplicate image of [4](#) for case management purposes. (rvazquez) (Entered: 08/21/2012) |