UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERI LABLANCHE, | § § | |
| Plaintiff, | § | |
| VS. | § | MISC. ACTION NO. 4:12-MC-485 |
| | § § | |
| NATIONAL BOARD OF MEDICAL EXAMINERS (NBME), *et al*, | § § § | |
| Defendants. | § § | |

## ORDER

Instrument #2 is withdrawn, this case is reopened, and the plaintiff's application to proceed *in forma pauperis* is hereby granted.

It is so Ordered.

SIGNED on this 25th day of January, 2013.

_____
Kenneth M. Hoyt
United States District Judge