# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-20590

United States Courts
Southern District of Texas
FILED

MAR 1 5 2013

David J. Bradley, Clerk of Court

CHERI LABLANCHE,

    Plaintiff - Appellant

v.

NATIONAL BOARD OF MEDICAL EXAMINERS, (NBME); FEDERATION OF STATE MEDICAL BOARDS, (FSMB); EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, (ECFMG),

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas
USDC No. 4:12-MC-485

Before JOLLY, BARKSDALE, and SOUTHWICK, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction on its own motion, if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this case seeking an order forcing the National Board of Medical Examiners to allow her to take a certification exam using paper materials rather than a computer, the plaintiff filed a motion to proceed in forma pauperis and the district court denied the motion. The plaintiff filed a notice of appeal and a motion for findings of fact and conclusions of law. Before this court could take action on the appeal, the district court withdrew its denial of

12-20590

the plaintiff's in forma pauperis motion and granted it. Because the relief that the plaintiff was seeking in her appeal has been granted by the district court, the appeal is moot. As there is no relief this court can grant, the appeal must be dismissed.

IT IS SO ORDERED.

A true copy
Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit

By_____
Deputy
New Orleans, Louisiana      MAR 0 6 20

MAR 0 6 2013